1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SANDRA R. BROWN
Assistant United States Attorney
3 | Chief, Tax Division
VALERIE L. MAKAREWICZ CBN 229637
4 | Assistant United States Attorney
   Room 7211, Federal Building
5 |  300 North Los Angeles Street
   Los Angeles, CA  90012
6 |  Telephone:  (213) 894-2729
   Facsimile:  (213) 894-0115
7 |
Attorneys for the United States of America
8 |
            UNITED STATES DISTRICT COURT
9 |
            CENTRAL DISTRICT OF CALIFORNIA
10 |
               WESTERN DIVISION
11 |
UNITED STATES OF AMERICA,        ) Case No. CV 12-03780 JAK (JEMx)
12 |                              )
        Plaintiff,               ) FINAL JUDGMENT OF LIMITED
13 |                             ) INJUNCTION AGAINST RAUL AGUILA,
        vs.                      ) INDIVIDUALLY, AND DOING BUSINESS
14 |                             ) AS AGUILA INCOME TAX INC.
RAUL AGUILA, individually, and   )
15 | doing business as AGUILA INCOME ) **JS-6**
TAX INC.,                        )
16 |                             )
        Defendant.               )
17 |                             )
_____)
18 |
        Pursuant to the "STIPULATION FOR ENTRY OF FINAL JUDGMENT OF
19 |
LIMITED INJUNCTION AGAINST RAUL AGUILA, INDIVIDUALLY, AND DOING
20 |
BUSINESS AS AGUILA INCOME TAX INC." filed concurrently herewith:
21 |
     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**
22 |
        1.  The court has jurisdiction over defendant Raul Aguila,
23 |
individually, and doing business as Aguila Income Tax Inc.
24 |
(hereinafter collectively "defendant") and over the subject
25 |
matter of the proposed action pursuant to 28 U.S.C. §§ 1340 and
26 |
1345.
27 |
28 |

2.  Defendant does not admit to any of the other allegations of the complaint, but has voluntarily consented to the entry of this "FINAL JUDGMENT OF LIMITED INJUNCTION" and agrees to be bound by its terms.

3.  Pursuant to 26 U.S.C. §§ 7402 and 7407, defendant, individually, or acting through or by any other name or entity, representatives, agents, employees, attorneys, and anyone in active participation with him, is enjoined from directly or indirectly,

    a.  Engaging in activity subject to penalty under 26 U.S.C. §§ 6700, 6701, 6694 and 6695, _i.e._, aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim, or other document, when defendant knows or has reason to know that portions will be used in connection with a material matter arising under the federal tax law, and defendant knows that the relevant portion will result in the material understatement of the liability for the tax of another person;

    b.  Aiding or assisting in the preparation of federal income tax returns, amended returns, or any other related documents and forms that defendant knows will result in the understatement of any tax liability or the overstatement of federal tax returns;

    c.  Engaging in activity subject to penalty under 26 U.S.C. § 6695, including 26 U.S.C. § 6695(g), which

1                        penalizes income tax returns preparers who fail to

2                        comply with due diligence requirements imposed by

3                        the Secretary of the Treasury by related

4                        regulations with respect to determining eligibility

5                        for, or the amount of, the Earned Income Credit

6                        allowable by 26 U.S.C. § 32;

7              d.   Engaging in other conduct that substantially

8                        interferes with the proper administration and

9                        enforcement of the internal revenue laws.

10    4.   Within ninety (90) days of entry of this judgment of

11   limited injunction, defendant shall take and complete a free,

12   online course on the due diligence requirements.  The link to

13   such course is http://www.eitc.irs.gov/rptoolkit/ddmodule/ .

14   Defendant shall submit written proof/documentation of his

15   completion of the course to counsel for the United States.

16    5.   Defendant must notify, in writing, all persons whose tax

17   returns he has prepared from January 1, 2006 to the date of the

18   Court's order, of the findings and relief by the Court, including

19   in such notice to each person a copy of the Complaint and of the

20   Court's Final Judgment of Limited Injunction; and that defendant

21   provide plaintiff's attorneys a list of the names, Social

22   Security numbers, addresses, email addresses, and telephone

23   numbers of all persons so notified within thirty (30) days of the

24   date the Order is entered.

25    6.   The United States may conduct limited post-judgment

26   discovery to ensure defendant's compliance with the terms of this

27   limited injunction.

28

7.  This Court shall retain jurisdiction over this matter and defendant for the purpose of enforcing this injunction.

8.  This "FINAL JUDGMENT OF LIMITED INJUNCTION" will be the final judgment in this matter.  Defendant herein waives any and all right to appeal from the "FINAL JUDGMENT OF LIMITED INJUNCTION."

9.  Defendant consents to the entry of the "FINAL JUDGMENT OF LIMITED INJUNCTION," without any further notice, and agrees to be bound by its terms.

10.  Defendant agrees that if he violates the "FINAL JUDGMENT OF LIMITED INJUNCTION," he may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED.**

DATED: May 4, 2012                    _____

                                      JOHN A. KRONSTADT

                                      UNITED STATES DISTRICT JUDGE

Submitted by,


ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/s/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney